# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-00332-01-CR-W-GAF |
| | ) |
| ERIC G. HOSE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is Defendant's Motion for Determination of Competency filed February 22, 2016 (doc. 26). On February 25, 2016, the Court ordered that Defendant undergo a psychiatric or psychological examination. On May 26, 2016, a Forensic Evaluation Report was filed under seal. On June 1, 2016, Chief United States Magistrate Judge Sarah W. Hays conducted a competency hearing.

On June 1, 2016, Chief United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (doc. 34).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is

ORDERED that Defendant is found to be incompetent in that he is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense. Defendant is committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1) for a period not to exceed four months.

The Attorney General shall hospitalize the Defendant for treatment in a federal medical center for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the trial to proceed.

                                        s/ Gary A. Fenner
                                        GARY A. FENNER, JUDGE
                                        UNITED STATES DISTRICT COURT

DATED:   June 21, 2016